COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| RICCI DARRELL LOVE, JR. A/K/A | | No. 08-13-00128-CR |
| RICCI DARRELL LOVE, | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 372nd District Court |
| v. | § | |
| | | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# 1285361D) |
| State. | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 14, 2013.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Karen B. Smith, Court Reporter for the 372nd District Court, for Tarrant County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **August 14, 2013.**

IT IS SO ORDERED this 31st day of July, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.